Rebecca S. Widen, SBN 219207
Andrea A. Najor, SBN 221853
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendant
ALLAN STAROSCIAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JEFF HAWKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPUTY STAROSCIAK,<br><br>    Defendant. | Case No.: C10-0248 VRW (PR)<br><br>[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO FILE DISPOSITIVE MOTIONS |

Good cause appearing, Defendant's Request for Extension of Dispositive Motion Deadline, is GRANTED. No later than February 28, 2011, defendant must file and serve his dispositive motion, or notify the court that defendant is of the opinion that this case cannot be resolved by such a motion. In all other respects, the terms of the Court's August 30 2010, Order Of Service remain in effect.

IT IS SO ORDERED.

Dated: 11/5/2010

GRANTED

_____
Chief Judge Vaughn R. Walker

1

*Hawkins v. Starosciak* / Case #C10-0248 VRW (PR)
[Proposed] Order Extending Time For Defendant To File Dispositive Motions